Christopher W. Tompkins, WSBA #11686
Natasha A. Khachatourians, WSBA #42685
Betts Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, Washington  98101-3927
Telephone:  206-292-9988

Attorneys for Defendant Apple Inc.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## AT SPOKANE

| | |
|---|---|
| OHIO CASUALTY INSURANCE CORPORATION, as Subrogee of IRIEN JENNINGS DBA TOMFOOLERY PIZZA PUB,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | NO. _____<br><br>NOTICE OF REMOVAL<br><br>(FROM THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR LINCOLN COUNTY, CAUSE NO. 19-2-00024-5)<br><br>**Clerk's Action Required** |

**TO:      The Judges and Clerk of the United States District Court in and for the Eastern District of Washington at Spokane**

**AND TO:   Ohio Casualty Insurance Corporation and Its Counsel**

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, hereby removes the above-entitled action from the Superior Court of the State of Washington, in and for the County of Lincoln, to

NOTICE OF REMOVAL
NO. _____

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  As its basis for removal, Apple states:

## BACKGROUND

1.     On or about April 19, 2019, Plaintiff Ohio Casualty Insurance Corporation, as Subrogee of Irien Jennings d/b/a Tomfoolery Pizza Pub ("Plaintiff"), commenced this action by filing a Complaint in the Superior Court of the State of Washington, in and for the County of Lincoln, under Cause Number 19-2-00024-5 ("Lincoln County Matter").  A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

2.     The Complaint alleges that Plaintiff's insured sustained property damage on or about August 27, 2016 as a result of a fire that Plaintiff alleges was caused by a lithium battery in an Apple MacBook Pro computer.  *See Plaintiff's Complaint* at ¶¶ 3.2 to 3.4.

3.     Plaintiff's insured was located at 101 NW Main Street in Wilbur, Lincoln County, Washington.  *See Plaintiff's Complaint* at ¶ 3.1.

4.     Apple was served with the Summons and Complaint on May 2, 2019.

5.     Apple is timely filing this Notice of Removal within thirty days of service of the Complaint in the Lincoln County Matter.  See 28 U.S.C. § 1446(b)(1).  Moreover, one year has not expired since the commencement of the Lincoln County Matter.

6.     This Court has jurisdiction over this Lincoln County Matter under 28 U.S.C. § 1332, *et seq.*

7.     Venue is proper in this Court because the Superior Court of the State of Washington, in and for the County of Lincoln, where the Lincoln County Matter was originally filed, is in this District.  See 28 U.S.C. § 1446(a).

NOTICE OF REMOVAL
NO. _____

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420832.docx/053119 1022/8601-0002

8.      The following pleadings constitute all of the process, pleadings and orders received by Apple in this action up to the present time:

- Summons;
- Complaint for Damages; and,
- Notice of Appearance for Defendant Apple Inc.

True and correct copies of the identified pleadings are attached as **Exhibit A** to Tompkins Decl.

9.      Pursuant to 28 U.S.C. § 1446(d), Apple is serving a Notice of Removal to Plaintiff along with a copy of this Notice of Removal upon Plaintiff's counsel. A true and correct copy of the Notice of Removal to Plaintiff is attached hereto as **Exhibit B**. Additionally, Apple is filing a Notice to State Court of Removal with the Superior Court of the State of Washington, in and for the County of Lincoln, along with a copy of this Notice of Removal. A true and correct copy of the Notice to State Court of Removal is attached hereto as **Exhibit C**.

10.     A jury demand has not yet been filed in the Lincoln County Matter. Pursuant to FRCP 81(c), Apple will file a jury demand within 14 days of the filing of this Removal.

## DIVERSITY OF CITIZENSHIP

11.     The diversity of citizenship requirement under 28 U.S.C. § 1332(a) is met.

12.     Upon information and belief, Plaintiff Ohio Casualty Insurance Corporation does not exist as a registered entity with the Washington Secretary of State or Washington Department of Revenue as a duly organized or registered corporation.

NOTICE OF REMOVAL
NO. _____

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420832.docx/053119 1022/8601-0002

13.     Upon information and belief, The Ohio Casualty Insurance Company is and was at all relevant times hereto a corporation duly organized and registered under the laws of the state of New Hampshire with its principal place of business in Massachusetts.   Accordingly, Plaintiff is a citizen of the states of New Hampshire and Massachusetts.  See 28 U.S.C. § 1332.

14.     Upon information and belief, Ohio Casualty Insurance Company's insured, Irien Jennings d/b/a Tomfoolery Pizza Pub, is a resident and citizen of the state of Washington.

15.     Defendant Apple is a citizen of the state of California.  Apple is now and was at the time of commencement of this action, an entity incorporated under the laws of California with its principal place of business in the state of California. See 28 U.S.C. § 1332.

16.     Apple is the only named defendant in this action and, therefore, all defendants appearing in the action agree to removal.

17.     Diversity of citizenship exists under 28 U.S.C. § 1332 because the parties are citizens of different states.

NOTICE OF REMOVAL
NO. _____

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## AMOUNT IN CONTROVERSY

18.    Removal is proper under 28 U.S.C. § 1332(a) as, upon information and belief, the amount in controversy exceeds $75,000.00.  See 28 U.S.C. § 1332.[1] A reasonable person would conclude that Plaintiff seeks damages in excess of $75,000 bases on the allegations of damages in Plaintiff's Complaint.

19.    Moreover, in correspondence between the parties, Plaintiff has indicated that it has incurred losses in the incident giving rise to the Lincoln County Matter for which it seeks recovery in excess of $75,000.  *See Excerpt of Plaintiff's Insured's Sworn Statement in Proof of Loss*, attached as **Exhibit D** to Tompkins Decl.

20.    When a complaint fails to state an amount-in-controversy, courts have considered correspondence between parties, including demand letters, as sufficient to support the amount-in-controversy requirement for removal based on diversity jurisdiction.  *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) (affirming denial of motion to remand, finding amount in controversy requirement established where settlement letter sought $100,000 in compensation); *Clanan v. USAA Cas. Ins. Co.*, 2014 WL 3818101, *3 (W.D. WA. Aug. 4, 2014) (holding that demand letter describing damages and seeking $100,000 "establishe[d] by a preponderance of the evidence that the amount in controversy exceeds $75,000.").

---

[1] In making its good faith calculations of the amounts being sought by the Plaintiff's Complaint, Apple does not concede or admit, in any fashion, that any claims for such amounts, or any amounts, have legal or factual merit, and reserves all rights and defenses to such claims.

NOTICE OF REMOVAL
NO. _____          - 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420832.docx/053119 1022/8601-0002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

21.    Given that Plaintiff's insured's Sworn Statement in Proof of Loss seeks an amount that exceeds the jurisdictional limit, this matter meets the jurisdictional requirement for diversity and is removable pursuant to 28 U.S.C. § 1332.

22.    A Notice of Removal to Plaintiff and a Notice to State Court of Removal will be served on Plaintiff's counsel and filed in the Superior Court of the State of Washington, in and for the County of Lincoln in the Lincoln County matter pursuant to 28 U.S.C. § 1446.

23.    Defendant Apple reserves the right to amend or supplement this Notice of Removal and further reserves the right to assert any and all defenses and objections.

WHEREFORE, Apple effects the removal of the Lincoln County Matter from the Superior Court of the State of Washington, in and for the County of Lincoln to the United States District Court for the Eastern District of Washington, Spokane.

NOTICE OF REMOVAL
NO. _____

- 6 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 31st day of May, 2019.

BETTS, PATTERSON & MINES, P.S.

By  _/s Christopher W. Tompkins_
By  _/s Natasha A. Khachatourians_
    Christopher W. Tompkins, WSBA #11686
    Natasha A. Khachatourians, WSBA #42685
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:   ctompkins@bpmlaw.com
E-mail:   nkhachatourians@bpmlaw.com
Attorneys for Defendant Apple Inc.

NOTICE OF REMOVAL
NO. _____

- 7 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420832.docx/053119 1022/8601-0002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I, Karen L. Pritchard, hereby certify that on May 31, 2019, I electronically filed the following:

- **Notice of Removal to the U.S. District Court for the Eastern District; and**

- **Certificate of Service.**

with the Court using the CM/ECF system which will send notification of such filing to the following:

***Counsel for Plaintiff Ohio Casualty Insurance Corporation***
Kevin F. Smith
Law Offices of Mark Dietzler
1001 4th Ave Ste 3300
Seattle, WA  98154-1101
kevinf.smith@libertymutual.com

DATED this 31st day of May, 2019.


*s/  Karen L. Pritchard*
Karen L. Pritchard, Legal Assistant

NOTICE OF REMOVAL
NO. _____

- 8 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420832.docx/053119 1022/8601-0002