# EXHIBIT B

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF LINCOLN

| | |
|---|---|
| OHIO CASUALTY INSURANCE CORPORATION, as Subrogee of IRIEN JENNINGS DBA TOMFOOLERY PIZZA PUB,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | NO. 19-2-00024-5<br><br>NOTICE OF REMOVAL TO PLAINTIFF |

TO: OHIO CASUALTY INSURANCE CORPORATION, as Subrogee of IRIEN JENNINGS DBA TOMFOOLERY PIZZA PUB, Plaintiff,

AND TO: Kevin F. Smith of Law Offices of Mark Dietzler, its attorneys.

You are hereby notified that on the 31st day of May, 2019, Apple Inc., defendant, filed a Notice of Removal of the action originally brought by plaintiff in the Superior Court of Washington for Lincoln County, Cause No. 19-2-00024-5, with the United States District Court for the Eastern District of Washington; so that this action has been removed from the Superior Court to the United States District Court. A copy of the Notice of Removal is attached and herewith served upon you.

NOTICE OF REMOVAL TO PLAINTIFF - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420830.docx/053019 1059/8601-0002

DATED this 31st day of May, 2019.

                                         BETTS, PATTERSON & MINES, P.S.

                                         By _____
                                               Christopher W. Tompkins, WSBA #11686
                                               Natasha A. Khachatourians, WSBA #42685
                                         Attorneys for Defendant

NOTICE OF REMOVAL TO PLAINTIFF    - 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420830.docx/053019 1059/8601-0002

# CERTIFICATE OF SERVICE

I, Karen L. Pritchard, declare as follows:

1) I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Betts, Patterson & Mines, P.S., whose address is One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101-3927.

2) By the end of the business day on May 31, 2019, I caused to be served upon counsel of record at the addresses and in the manner described below, the following document:

- **Notice of Removal to Plaintiff; and**
- **Certificate of Service.**

| *Counsel for Plaintiff Ohio Casualty Insurance Corporation*<br>Kevin F. Smith<br>Law Offices of Mark Dietzler<br>1001 4th Ave Ste 3300<br>Seattle, WA 98154-1101<br>kevinf.smith@libertymutual.com | ☐ U.S. Mail<br>☒ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ Email |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 31st day of May, 2019.

*/s/ Karen L. Pritchard*
Karen L. Pritchard, Legal Assistant

NOTICE OF REMOVAL TO PLAINTIFF - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420830.docx/053019 1059/8601-0002