# EXHIBIT C

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF LINCOLN

OHIO CASUALTY INSURANCE CORPORATION, as Subrogee of IRIEN JENNINGS DBA TOMFOOLERY PIZZA PUB,

Plaintiff,

vs.

APPLE INC.,

Defendant.

NO. 19-2-00024-5

NOTICE TO STATE COURT OF REMOVAL

**PLEASE TAKE NOTICE** that on May 31, 2019, Defendant Apple Inc. filed a Notice of Removal of this action in the United States District Court for the Eastern District of Washington. A copy of the Notice of Removal is attached hereto. This Notice, together with the Notice of Removal, is hereby being served on Plaintiff and filed in the Superior Court of Washington in and for Lincoln County.

DATED this 31st day of May, 2019.

BETTS, PATTERSON & MINES, P.S.

By_____
Christopher W. Tompkins, WSBA #11686
Natasha A. Khachatourians, WSBA #42685
Attorneys for Defendant Apple Inc.

NOTICE TO STATE COURT OF REMOVAL

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420831.docx/053019 1059/6890-0005

# CERTIFICATE OF SERVICE

I, Karen L. Pritchard, declare as follows:

1) I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Betts, Patterson & Mines, P.S., whose address is One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101-3927.

2) By the end of the business day on May 31, 2019, I caused to be served upon counsel of record at the addresses and in the manner described below, the following document:

- **Notice to State Court of Removal; and**
- **Certificate of Service.**

| *Counsel for Plaintiff Ohio Casualty Insurance Corporation*<br>Kevin F. Smith<br>Law Offices of Mark Dietzler<br>1001 4th Ave Ste 3300<br>Seattle, WA 98154-1101<br>kevinf.smith@libertymutual.com | ☐ U.S. Mail<br>☒ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ Email |
|---|---|

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 31st day of May, 2019.

*/s/ Karen L. Pritchard*
Karen L. Pritchard, Legal Assistant

NOTICE TO STATE COURT OF REMOVAL - 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1420831.docx/053019 1059/6890-0005