FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

OHIO CASUALTY INSURANCE
CORPORATION, as subrogee of Irien
Jennings d/b/a Tomfoolery Pizza Pub,

                    Plaintiff,

   v.

APPLE, INC.,

                    Defendant.

NO: 2:19-CV-188-RMP

ORDER OF DISMISSAL WITHOUT
PREJUDICE

    BEFORE THE COURT is Plaintiff's Stipulated Motion to Dismiss, ECF No.

15. Having reviewed the motion and the record, the Court finds good cause to grant

dismissal as requested. Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiff's Stipulated Motion to Dismiss, **ECF No. 15**, is **GRANTED**.

    2. Plaintiff's Complaint is **dismissed without prejudice** and without costs to

       any party.

    3. All pending motions, if any, are **DENIED AS MOOT**.

    4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 7, 2020.

_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
United States District Judge